

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2015

No. 04-15-00349-CV

Steven Mitchell **GARY**,
Appellant

v.

Mary **ROMAN**: Gerald C. Moton, Esq.; Irene Hall, Grand Jury Foreman; and unidentified
Prosecutors of the 175th District Court,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-01986
Honorable Laura Salinas, Judge Presiding

# O R D E R

Steven Mitchell Gary filed the underlying action on February 5, 2015. The clerk's record and docket sheet do not reflect that citation has issued or been served on any of the defendants. *See* TEX. R. CIV. P. 99 *et seq.* Nevertheless, Gary filed a motion for default judgment and, on July 13, 2015, he filed a notice of appeal, complaining about the denial of his motion.

After reviewing the clerk's record, it appears that no final judgment has been rendered by the trial court. An order[1] denying a motion for default judgment is interlocutory. This court does not have jurisdiction to consider an appeal from an interlocutory order unless it is expressly authorized by statute. *Stary v. DeBord*, 967 S.W.2d 352, 352 (Tex. 1998); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992). No statute or rule authorizes an appeal from an order denying a default judgment.

Accordingly, we **order** a response due by **August 3, 2015**, showing cause why this appeal should not be dismissed for want of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All deadlines in this matter are suspended until further order of the court.

_____
Luz Elena D. Chapa, Justice

---

[1] The clerk's record contains several letters to Gary from the Chief Staff Attorney of the Bexar County Civil District Courts that state Gary's motion for default judgment was denied by the Presiding District Judge. However, the record does not contain a signed order.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2015.



Keith E. Hottle
Clerk of Court